No. 11-5809. William Evans, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 7046.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 645 F.3d 650.

No. 11-5812. Marco Antonio Romero-Acosta, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6907.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 310.

No. 11-5813. Manivone Saignaphone, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6870.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 423 Fed. Appx. 821.

No. 11-5821. David A. Payton, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 349, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 7101.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 636 F.3d 1027.

No. 11-5822. Shaun D. Pettiway, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 7034.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 429 Fed. Appx. 132.

No. 11-5824. Solomon N. Powell, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6832,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 650 F.3d 388.

No. 11-5825. Lloyd D. Meeks, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6938.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 639 F.3d 522.